COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 JESUS GERARDO AVALOS,
  
 Appellant,
  
 v.
  
 THE STATE OF TEXAS,
  
 Appellee.
  
  
 
 
 '
    
 '
    
 '
    
 '
    
 '
    
  '
 
  
 
 
  
                   No. 08-12-00066-CR
  
 Appeal from the
  
 Criminal
 District Court No. 1
  
 of El
 Paso County, Texas 
  
 (TC# 20090D01348) 
  
 
 


MEMORANDUM
OPINION

 

Pending before the
Court is a motion to dismiss filed by Appellant pursuant to Texas Rule of
Appellate Procedure 42.2(a).  The motion
was filed before our decision in the case and is signed by Appellant and his
attorney.  Further, a duplicate copy of
the motion has been forwarded to the trial court clerk.  Because the motion complies with the
requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

 

March 14, 2012

                                                                        CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.

 

(Do Not Publish)